UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-4141 PSG (Ex) | Date | November 8, 2011 |
|---|---|---|---|
| Title | Walter E. Floyd v. Federal Bureau of Prisons, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:** **(In Chambers) Order dismissing action without prejudice as to all Defendants for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m)**

On February 5, 2011, Plaintiff Walter E. Floyd ("Plaintiff") filed this action against Defendants Federal Bureau of Prisons, Joseph K. Woodring, one "Lieutenant Broadhead," and Dr. Evelyn Castro. *See* Dkt. # 1 (Feb. 5, 2011). Plaintiff filed an Amended Complaint on April 28, 2011. *See* Dkt. # 2 (Apr. 28, 2011). On September 23, 2011, this Court issued an Order to Show Cause why the action should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff was ordered to file Proofs of Service of Summons and Complaint as to all defendants by October 7, 2011. *See* Dkt. # 18 (Sept. 23, 2011). Plaintiff was advised that failure to respond to the Order to Show Cause could result in dismissal of the action. *See id.*

Upon review of the docket, it does not appear that Plaintiff filed the requested Proofs of Service as to any Defendant, or that Plaintiff otherwise timely served Defendants within 120 days of filing his Complaint as required by Federal Rule of Civil Procedure 4(m). *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). The Court therefore dismisses the action without prejudice as to all Defendants.

**IT IS SO ORDERED.**